

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 6 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | *SA 17-00340M* |
| *JESUS ANTONIO MENDOZA - LOZOYA* DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _**DEFENDANT**_____ , IT IS ORDERED that a detention hearing is set for _*October 11*_____ , _2017_ , at _*1:00*___ ☐a.m. / ☒p.m. before the Honorable _____ , in Courtroom _____ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: _*October 6, 2017*_____

_____
U.S. ~~District Judge~~/Magistrate Judge

---